### IN THE UNITED STATES DISTRICT COURT FOR THE
### WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| ARTHUR A. PRICE, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) NO. CIV-16-1416-HE |
| | ) |
| DEALERS AUTO AUCTION OF OKC, et al., | ) |
| | ) |
| Defendants. | ) |

### Administrative Closing Order

Plaintiff's counsel has advised the court of the plaintiff's death on February 28, 2017. In light of that development, the clerk of court is directed to administratively close this case in her records, subject to it being reopened upon motion of the decedent's successor or representative. *See* Fed.R.Civ.P. 25(a)(1). If, within 90 days from the date of this order, a motion to reopen or for substitution of parties has not been filed, the case will be deemed dismissed with prejudice.

**IT IS SO ORDERED**.

Dated this 8th day of May, 2017.

_____
JOE HEATON
CHIEF U.S. DISTRICT JUDGE